# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MICHAEL J. BUCKNER, JR., | ) |
| *Plaintiff,* | ) Civil No. 3:24-CV-375-RGJ |
| v. | ) Removed from Jefferson County Circuit |
| HILTON GLOBAL, | ) Court (Case No. 24-CI-03633) |
| *Defendant.* | ) |

## NOTICE OF REMOVAL OF STATE COURT ACTION TO U.S. DISTRICT COURT BY DEFENDANT

Defendant Hilton Worldwide Holdings Inc. ("Hilton Worldwide" or "Defendant"),[1] by and through undersigned counsel, removes the action filed by Michael J. Buckner, Jr. ("Plaintiff") from the Jefferson County Circuit Court in Louisville, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice, Defendant states the following:

1. On May 24, 2024, Plaintiff filed a Complaint against Defendant in the Jefferson County Circuit Court, captioned *Michael J. Buckner, Jr. v. Hilton Global*, Case Number 24-CI-03633 (the "State Court Action").

2. On June 3, 2024, Hilton Worldwide was served with the summons and Complaint.

---

[1] In the State Court Action, Plaintiff improperly names "Hilton Global" as the defendant. There is no such entity named "HILTON GLOBAL." Assuming that Plaintiff intended to name the multinational hospitality company, Hilton Worldwide Holdings Inc., as the Defendant, Hilton Worldwide Holdings Inc. appears here and removes this action accordingly.

3. A copy of the Complaint, along with copies of all process, pleadings, and orders served upon Hilton Worldwide and each paper docketed in the Jefferson Circuit Court as required by 28 U.S.C. § 1446(a), is attached as **Exhibit A**.

4. Plaintiff is a resident of Kentucky, residing at 847 East Muhammad Ali Boulevard, Apartment D, Louisville, Kentucky 40204. *See* **Exhibit A**, Civil Summons.

5. Defendant Hilton Worldwide Holdings Inc. is a Delaware corporation headquartered in McLean, Virginia.

6. Plaintiff's Complaint demands $6,009,499.08 in damages. **Exhibit A**, Complaint.

7. Accordingly, this case is removable on the basis of diversity jurisdiction under 28 U.S.C. § 1332, because Plaintiff and Hilton Worldwide are completely diverse and the amount in controversy exceeds $75,000.00.

8. This action has not previously been removed to federal court.

9. Removal of this action occurred within thirty (30) days of the service of the Summons and Complaint on Hilton Worldwide. Thus, the removal of this action to this Court is timely under 28 U.S.C. § 1446(b)(1).

10. Hilton Worldwide is the only Defendant named in the caption of the Complaint. Accordingly, in compliance with 28 U.S.C. § 1446(b)(2), all Defendants who have been properly joined and served have consented and/or joined in this Notice of Removal, as evidenced by Hilton Worldwide's signature on this Notice.

11. Venue is proper in the United States District Court for the Western District of Kentucky because this district embraces Louisville, Kentucky, the location of the pending State Court Action.

12. In accordance with 28 U.S.C. § 1446(d), Hilton Worldwide will give prompt written notice of this Notice of Removal to all parties and to the clerk of the Jefferson County Circuit Court. A copy of the Notice of Filing of Notice of Removal to the Jefferson County Circuit Court is attached hereto as **Exhibit B**.

13. In filing this Notice of Removal, Hilton Worldwide does not waive any defenses, either procedural or substantive, and specifically reserves all defenses, exceptions, rights, and motions. No statement or omission in this Notice shall be deemed an admission of any allegations of or damages sought in the Complaint.

WHEREFORE, Hilton Worldwide respectfully requests that the action now pending in the Jefferson County Circuit Court be removed to the United States District Court for the Western District of Kentucky and that this Court assume exclusive jurisdiction of this action and enter such orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

Dated: June 24, 2024

/s/ *William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
WICKER/BRAMMELL PLLC
323 W. Main Street, 11th Floor
Louisville, KY 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

and

**MCGUIREWOODS LLP**

John E. Thomas, Jr (*pro hac vice forthcoming*),
Virginia Bar No. 81013
Richard J. Batzler (*pro hac vice forthcoming*)
Virginia Bar No. 95689

          1750 Tysons Boulevard, Suite 1800
          Tysons, Virginia 22102
          Tel: 703.712.5407
          Tel: 703.712.5323
          jethomas@mcguirewoods.com
          rbatzler@mcguirewoods.com

*Counsel for Defendant Hilton Worldwide Holdings Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was caused to be served on June 24, 2024, via certified mail, upon:

Michael J. Buckner, Jr.
847 East Muhammad Ali Blvd, Apt D
Louisville, KY 40204
*Pro Se Plaintiff*

          /s/ *William H. Brammell, Jr.*
          William H. Brammell, Jr.